# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| W.M. Jordan Company, Inc. | ) ASBCA No. 60029 |
| | ) |
| Under Contract No. N40085-09-D-5034 | ) |

APPEARANCE FOR THE APPELLANT:   William E. Franczek, Esq.
                                 Vandeventer Black LLP
                                 Norfolk, VA

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
                                  Navy Chief Trial Attorney
                                 David M. Marquez, Esq.
                                  Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 23 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60029, Appeal of W.M. Jordan Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals